The Supreme Court docket number is SC 17287.

Decided October 19, 2004

## IN RE ALLISON G.

The petition by the commissioner of children and families for certification for appeal from the Appellate Court, 84 Conn. App. 718 (AC 24265), is granted, limited to the following issue:

"Did the Appellate Court properly dismiss the appeal of the commissioner of children and families as moot?"

The Supreme Court docket number is SC 17288.

*John E. Tucker*, assistant attorney general, in support of the petition.

Decided October 19, 2004